In re:                                                                  Case No. 14-04378-RNO
Damon Long                                                              Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

| District/off: 0314-5 | User: CGambini | Page 1 of 1 | Date Rcvd: Jun 18, 2019 |
|---|---|---|---|
| | Form ID: fnldec | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2019.
db         +Damon Long,   12128 Big Buck Lane,   East Stroudsburg, PA 18302-8645

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2019                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2019 at the address(es) listed below:

         Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
         J. Zac Christman   on behalf of Debtor 1 Damon  Long zac@fisherchristman.com,
          office@fisherchristman.com
         James  Warmbrodt   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
         Joshua I Goldman   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         Kevin  Buttery   on behalf of Creditor   NSM - Nationstar Mortgage LLC d/b/a Mr. Cooper
          kbuttery@rascrane.com
         Lauren Berschler Karl   on behalf of Creditor   NSM - Nationstar Mortgage LLC d/b/a Mr. Cooper
          lkarl@rascrane.com
         Matthew Christian Waldt   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
          bkecf@milsteadlaw.com
         Thomas I Puleo   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
         United States Trustee   ustpregion03.ha.ecf@usdoj.gov
         Vincent  Rubino   on behalf of Debtor 1 Damon  Long
          lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
          williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                                   TOTAL: 10

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | |
|---|---|
| Damon Long, <br> aka Damon Walter Long, aka Damon W. Long, | Chapter 13 |
| **Debtor 1** | Case No. 5:14–bk–04378–RNO |

Social Security No.:
xxx–xx–6729

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

**Charles J DeHart, III (Trustee)**

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

Dated: June 18, 2019

By the Court,

*/s/ Robt N. Opel II*

Honorable Robert N. Opel, II
United States Bankruptcy Judge
By: CGambini, Deputy Clerk

**fnldec** (05/18)